MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

FILED
2012 JUL 10 P 1:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HOSSEIN DABESTANI,<br><br>    Defendant. | No. CR 12-70743 HRL<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXTENDING TIME FOR<br>PRELIMINARY HEARING AND<br>EXCLUDING TIME FROM SPEEDY<br>TRIAL ACT CALCULATION |

    With the agreement of the parties, and as set forth on the record on July 10, 2012, the Court enters this order setting a date for a preliminary hearing on September 6, 2012, at 9:30 a.m. before the duty magistrate judge, and documenting defendant Hossein Dabestani's consent to an extension of time for the preliminary hearing date under Federal Rule of Criminal Procedure 5.1(c) and (d) and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 10, 2012 to September 6, 2012.

    The Court finds and holds, as follows:

    1.    The defendant is presently charged by criminal complaint for a violation of 18 U.S.C. § 1960(a).

No. CR 12-70743 HRL
ORDER EXTENDING TIME

2.   With the defendant's consent, the twenty-one day time limit for a preliminary hearing or indictment under F.R.Crim.P. 5.1(c) is extended, and time is excluded from calculation of the thirty-day time limit for information or indictment under 18 U.S.C. § 3161(b). The United States has provided materials to defense counsel and thus counsel will need time to review those materials, meet with the defendant and determine how to proceed. Accordingly, the extension and exclusion are required for effective preparation of defense counsel.

3.   There is good cause for the extension under F.R.Crim.P. 5.1, and the exclusion under 18 U.S.C. § 3161, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the continuance would deny counsel for all parties reasonable time necessary for effective preparation taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).

4.   Accordingly, and with the consent of the defendant, the Court sets a date and orders that the period from July 10, 2012 to September 6, 2012 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 7/10/12

HOWARD R. LLOYD
United States Magistrate Judge

No. CR 12-70743 HRL
ORDER EXTENDING TIME